IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

THOMAS MELBOURNE and
MRS. JIMMIE MELBOURNE                                                                  PLAINTIFFS

VS.                                                        CIVIL ACTION NO.: 3:08CV657-HTW-LRA

BALBOA INSURANCE COMPANY,
SPECIALTY RISK ASSOCIATES, INC.,
COMEAUX INSURANCE AGENCY, LLC.,
and DEFENDANTS A-M                                                 DEFENDANTS

## AGREED JUDGMENT OF PARTIAL DISMISSAL

The Plaintiffs and Comeaux Insurance Agency, LLC, having agreed to and announced to the Court a settlement of the claims of the Plaintiffs against Comeaux Insurance Agency, LLC, and the Court being advised that the parties have an informed understanding of their rights and a full appreciation of the consequences of the settlement, it is, therefore,

ORDERED AND ADJUDGED the claims of the Plaintiffs against Comeaux Insurance Agency, LLC be, and are hereby, dismissed on their merits, with prejudice, the parties to bear their respective costs.

ORDERED AND ADJUDGED this, the 16th day of April, 2010.

                                                 **s/ HENRY T. WINGATE**

                                                 _____
                                                 UNITED STATES DISTRICT JUDGE

APPROVED:

*/s/ Wayne E. Ferrell, Jr.*
Attorney for Plaintiffs

*/s/ William L. McDonough, Jr.*
Attorney for Comeaux Insurance Agency, LLC